# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0168. ARTHUR SHERMAINE BUSSEY v. THE STATE.**

In 2002, Arthur Shermaine Bussey pled guilty to burglary and theft by receiving. In 2019, Bussey filed a motion challenging the validity of his arrest warrant. The trial court denied the motion twice, and this Court dismissed Bussey's direct appeals of those two rulings. See Case Nos. A19A2089 (dismissed Oct. 17, 2019) & A20A1652 (dismissed June 3, 2020). This Court explained in its dismissal orders that Bussey's motion was in substance a challenge to the validity of his conviction, but a motion seeking to challenge an allegedly invalid or void judgment of conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the denial of such a motion is subject to dismissal. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).

In 2020, Bussey filed yet another motion challenging the validity of his arrest warrant. The trial court denied the motion, and Bussey filed the instant application for discretionary review.[1] We lack jurisdiction. As explained in this Court's prior dismissal orders in this case, Bussey's motion is an improper challenge to the validity of his conviction, and an appeal from the denial of such a motion is subject to dismissal. See *Roberts*, 286 Ga. at 532; *Harper*, 286 Ga. at 218 (1). In addition, "[i]t is axiomatic that the same issue cannot be relitigated ad infinitum," *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000), and the prior dismissal orders in this

---

[1] Bussey filed the application in the Georgia Supreme Court, which transferred it here.

case constitute binding law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   01/14/2021  
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*